# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOCATION SERVICES IP, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>YELP INC.<br><br>    Defendant | Civil Action No. 2:15-cv-01212-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Before the Court is the Parties' Joint Stipulion of Dismissal Prejudice. (Dkt. No. 18.) On this day, Plaintiff Location Services IP, LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff Yelp Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 10th day of November, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE